| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

| | | |
|---|---|---|
| Umesh Mathur, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-08-657 |
| Gap Engineering Inc., *et al.*, | § § § | |
| Defendants. | § § | |

## Dismissal

This case is dismissed without prejudice.

Signed on May 9, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge